IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GEORGE W. HARDY, *
 *
    Plaintiff, *
 *
    v. * CV 117-067
 *
GEORGIA DEPARTMENT OF *
CORRECTIONS, et al., *
 *
    Defendants. *

**O R D E R**

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 15.) Plaintiff's notice was filed prior to Defendants having served either an answer or a motion for summary judgment. (Id.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of September, 2017.

                                          J. RANDAL HALL, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF GEORGIA